DENNIS S. WAKS, #142581
Attorney at Law
Designated Counsel for Service
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel: (916) 498-9871

Attorney for Defendant
TOU FOU LOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:18-mj-0023 KJN |
|---|---|---|
| Plaintiff, | ) ) ) | AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | ) ) | |
| TOU FOU LOR, | ) ) | NEW DATE: April 12, 2018<br>TIME: 2:00 p.m. |
| Defendant. | ) ) | JUDGE: Hon. Carolyn K. Delaney |

Plaintiff, United States of America, by and through Assistant United States Attorney MICHELLE RODRIGUEZ, and Defendant TOU FOU LOR, through his attorney DENNIS S. WAKS, hereby stipulate to continue the Preliminary Hearing in the Criminal case set for March 26, 2018 to April 12, 2018, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through April 12, 2018, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until April 12, 2018. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation, the government can provide discovery to defense counsel and the defense counsel can meet with the defendant.

Defense counsel was recently appointed to this case and has not had the opportunity to meet with Mr. Lor, who is being transported to the Sacramento County jail, but has yet to arrive. Furthermore, defense counsel will need additional time to review discovery and meet with Mr. Lor.  Lastly, the parties request that Mr. Lor's other pending case, the Superseding Petition, 2:13 CR 00385 01, remain on the calendar set for Monday, March 26, 2018 at 2:00 p.m.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

Dated:  March 20, 2018						Respectfully submitted,


								*/s/ Dennis S. Waks*
								DENNIS S. WAKS
								Attorney for Defendant
								TOU FOU LOR


Dated: March 20, 2018						MCGREGOR SCOTT
								United States Attorney

								*/s/ Michelle Rodriguez*
								MICHELLE RODRIGUEZ
								Assistant U.S. Attorney
								Attorney for Plaintiff

### **ORDER**

The Court has read and considered the Amended Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Amended Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the

public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to April 12, 2018, at 2:00 p.m.

2. This time up to and including April 12, 2018 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated: March 21, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE