1  MCGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　v.<br><br>TOU FUE LOR,<br>　　　　Defendant. | CR NO. 13-385-JAM |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　v.<br><br>TOU FUE LOR,<br>　　　　Defendant. | CR NO. 18-073-KJM<br><br>NOTICE AND MOTION TO RELATE CASES AND (PROPOSED) ORDER |

Under Local Rule 83-123(f), the United States notifies this Court of the filing of a related case and hereby the United States moves that the earlier case (TSR matter) be related to the later matter (new charges) before the same judicial official. The United States further moves that this Court direct the clerk of magistrate court set the above matters on 4/26/18 at 2:00 for (1) further proceedings on the Superseding Petition re TSR violations in CR 13-385 and (2) arraignment and waiver of indictment re the Information filed in CR 18-073. Assuming this motion to relate cases is granted under Rule 83-123(f), at the conclusion of the 4/26/18 magistrate court hearing, the parties will jointly request that both

MOTION TO RELATE AND PROPOSED ORDER　　　1

matters (CR 13-385 and CR 18-073) be placed on the district court's calendar for admissions and change of plea (before Hon. Kimberly J. Mueller).

On 3/15/18, the U.S. Probation Office filed a superseding petition in case number Cr 13-385 against defendant Lor. Cr 13-385 was then assigned to Judge Mendez. The status hearing for the superseding violation petition is scheduled for 4/26/18. On 2/1/18, an Eastern District of California complaint (Mag No 18-023) was issued against defendant Lor. Lor, who had absconded from federal supervision, was thereafter arrested. The preliminary hearing for the charges in the complaint is scheduled for 4/26/18. On 4/11/18, a felony Information (CR 18-073) was filed against defendant Lor. Under Fed. Rules Crim. Pro. 5 and 10, the arraignment for the charges in the Information shall be 4/26/18. The Information was assigned to Judge Mueller.

Following Local Rule 83-123(f), the United States, with the stipulation and agreement of Lor (by and through his counsel, Dennis S. Waks), hereby moves that the earlier case, namely the superseding violation petition against defendant Lor in Cr. 13-385 be related to the new action against Lor in Cr 18-073, thereby bringing all matters before Judge Mueller. The United States submits, in accordance with EDCA local rules, that there is nothing complex or extraordinary about the supervised release violation petition charges that compels the original sentencing judge in Cr 13-385 to retain the matter. Moreover, relating the earlier supervised release violation petition in Cr 13-385 with the new action in Cr 18-073 would be efficient for district court personnel and the U.S. Probation Office.

                                          MCGREGOR SCOTT
                                          US Attorney

                                          /s/ Michelle Rodriguez

                                          MICHELLE RODRIGUEZ
                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　v.<br><br>TOU FUE LOR,<br>　　　Defendant. | CR NO. 13-385-JAM |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　v.<br><br>TOU FUE LOR,<br>　　　Defendant. | CR NO. 18-073-KJM<br><br>ORDER RELATING CR 13-385 WITH CR 18-073 AND DIRECTING THE CLERK OF THE COURT TO PLACE EACH MATTER ON MAGISTRATE CALENDAR ON 4/26/18 FOR PROCEEDINGS CONSISTENT WITH THIS ORDER |

Examination of the above-captioned matters, to wit, (1) case number CR. 13-385-JAM against Lor, and (2) CR. 18-073-KJM against Lor, reveals that the actions are related within the meaning of Local Rule 123(f). Since the earlier action, Cr 13-385 arises from a supervised release violation petition and superseding violation petition, under Local Rule 123(f), it shall be related to the new action, Cr 18-073. The Court additionally finds that the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties. The parties should be aware that relating the cases under Local Rule 123(f) merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected. Under the regular practice of this court, related cases arising from a supervised release violation petition are assigned to the judge to whom the action containing new charges was assigned.

IT IS THEREFORE ORDERED that the actions are assigned and related to U.S. District Court Judge Mueller for all further proceedings. Henceforth, the caption on documents filed in the cases shall show the initials "KJM". The clerk of the Court shall make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS FURTHER ORDERED that the clerk set the above matters on 4/26/18 at 2:00 for (1) further proceedings on the Superseding Petition re TSR violations in CR 13-385 and (2) arraignment and waiver of indictment re the Information filed in CR 18-073.

DATED: April 23, 2018.

_____
UNITED STATES DISTRICT JUDGE