**FILED**
September 18, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

TOU FUE LOR,

    Defendant.

Case No. 2:18-cr-00073-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TOU FUE LOR, Case No. 2:18-cr-00073-KJM, Charge 18 USC § 1341 18 USC § 1341, from custody for the following reasons: for the following reasons:

  __x__ Release on Personal Recognizance

  _____ Bail Posted in the Sum of $ _____

  _____ Unsecured Appearance Bond $ _____

  _____ Appearance Bond with 10% Deposit

  _____ Appearance Bond with Surety

  _____ Corporate Surety Bail Bond

  _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 18, 2023, at 2:00 PM.

By: _____
Magistrate Judge Allison Claire